# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: MAX A. MENDEZ & DEBORAH A. MENDEZ  
2217-25TH STREET  
ROCKFORD, IL 61108  

SSN-xxx-xx-1801 & xxx-xx-3255

Case Number: 08-72806

Case filed on: 8/29/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,320.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | THAV & RYKE P.L.L.C. | 3,500.00 | 3,500.00 | 1,218.36 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,218.36 | 0.00 |
| 004 | STATE OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MAX A. MENDEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
| 002 | INDYMAC FEDERAL BANK FSB | 33,475.42 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 2,553.70 | 2,553.70 | 0.00 | 0.00 |
|  | Total Secured | 43,029.12 | 9,553.70 | 0.00 | 0.00 |
| 005 | ALL PAWS BEAUTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 1,032.88 | 113.62 | 0.00 | 0.00 |
| 008 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AUTO OWNERS INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CCC OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CYBRCOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CYNTHIA M. SACHS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 683.17 | 75.15 | 0.00 | 0.00 |
| 016 | ENHANCED RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST NATIONAL BANK OF MARIN / CREDIT ON | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 343.86 | 37.82 | 0.00 | 0.00 |
| 019 | LCA COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LEASE FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LEASE FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCB MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 3,857.47 | 424.32 | 0.00 | 0.00 |
| 025 | OSF | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 2,546.07 | 280.07 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | UNITED HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WEST MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | LVNV FUNDING LLC | 627.25 | 69.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,090.70 | 999.98 | 0.00 | 0.00 |
|  | Grand Total: | 55,619.82 | 14,053.68 | 1,218.36 | 0.00 |

Total Paid Claimant: $1,218.36  
Trustee Allowance: $101.64  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan